1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   MICHAEL O. CONNER,            )     No. EDCV 07-1625-DMG(CW)
                                   )
13              Petitioner,        )     JUDGMENT
                                   )
14        v.                       )
                                   )
15   V.M. ALMAGER (Warden),        )
                                   )
16              Respondent.        )
     _____)

17

18        **IT IS ADJUDGED** that this petition is summarily dismissed as

19   duplicative of another petition pending in this court.

20

21   DATED: May 4, 2010

22

23                                   _____
                                              DOLLY M. GEE
24                                     United States District Judge

25

26

27

28